# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

RAEVON T. PARKER,      )
     )
    Plaintiff,      )
     )
     )    No. 4:20-cv-01200-NCC
     )
UNITED STATES OF AMERICA,      )
     )
    Defendant.      )

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. (Docket No. 11). When this Court dismissed plaintiff's case, it certified in writing that an appeal would not be taken in good faith, *see* 28 U.S.C. § 1915(a)(3), and it is not apparent that plaintiff now seeks appellate review of any issue that is not frivolous. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). The Court will therefore deny the motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal (Docket No. 11) is **DENIED**.

Dated this _1st_ day of _October_, 2020.

_Ronnie L. White_

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE